**FILED**

**JUL 2 2 2021**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-30116-SPM |
| ) | |
| KYMONTUS L. MCSHAN, Jr., ) | 18 United States Code, |
| ) | Sections 1951 and 924(c)(1)(A)(ii). |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about the 18th of September 2019 in Washington County, Illinois, within the Southern District of Illinois,

**KYMONTUS L. MCSHAN, Jr.,**

defendant herein, did take and obtain property consisting of United States currency, cellular telephones, and other property from the person or presence of the employee of the Circle K, a business that engages in interstate commerce, against the employee's will by means of actual and threatened force, violence, and fear of injury to the employee by brandishing a firearm and threatening him with it, all in violation of Title 18, United States Code, Section 1951 and 2.

### COUNT 2

### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about the 23rd of September 2019, in Clinton County, Illinois, within the Southern District of Illinois,

**KYMONTUS L. MCSHAN, Jr.,**

defendant herein, did take and obtain property consisting of United States currency, cellular telephones, and other property from the person or presence of the employee of the MotoMart, a business that engages in interstate commerce, against the employee's will by means of actual and threatened force, violence, and fear of injury to the employee by brandishing a firearm and demanding the safe, all in violation of Title 18, United States Code, Section 1951 and Section 2.

### COUNT 3

### BRANDISHING A FIREARM DURING A CRIME OF VIOLENCE

On or about 23rd of September 2019, in Clinton County, Illinois, within the Southern District of Illinois,

**KYMONTUS L. MCSHAN, Jr.,**

defendant herein, did knowingly brandish, carry, and use a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery [Hobbs Act Robbery], in violation of Title 18, United States Code, Section 1951, as charged in Count 2, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

JENNIFER HUDSON
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2021.07.20 18:00:59 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: detention